# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160995(67)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DEREK JAMES SMITH,
      Defendant-Appellee.

SC: 160995
COA: 340991
Wayne CC: 15-001476-FC

_____/

      On order of the Chief Justice, the stipulated motion of the parties to extend the time period for defendant-appellee to file his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before April 10, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    March 23, 2020             

                                Clerk